IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOUSE OF DAVID PRESERVATION, INC. | : : : | CIVIL ACTION |
| | | No. 15-4145 |
| v. | : : | |
| GUILD HOUSE WEST, INC. | : | |

## **ORDER**

AND NOW, this 29th day of October, 2015, upon consideration of Defendant's Motion to Dismiss Complaint, Plaintiff's response thereto, and the parties' presentations at the September 30, 2015, oral argument, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (Document 8) is DENIED.

Defendant shall answer Plaintiff House of David Preservation, Inc.'s Complaint no later than November 12, 2015.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.